IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Curlee, Mildred

Printed: 12/02/08

Case Number:  04 B 19588
Judge:  Squires, John H
Filed:  5/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  November 26, 2008
Confirmed:  July 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 34,300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 30,474.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,825.41 |
| Other Funds: |  | 0.00 |
| Totals: | 34,300.00 | 34,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,000.00 | 2,000.00 |
| 2. | Retailers National Bank | Unsecured | 1,575.53 | 1,689.50 |
| 3. | Discover Financial Services | Unsecured | 4,256.43 | 4,564.34 |
| 4. | Specialized Management Consultants | Unsecured | 1,260.09 | 1,351.25 |
| 5. | ECast Settlement Corp | Unsecured | 2,948.90 | 3,162.22 |
| 6. | Resurgent Capital Services | Unsecured | 3,497.80 | 3,750.83 |
| 7. | Resurgent Capital Services | Unsecured | 2,165.15 | 2,321.78 |
| 8. | RoundUp Funding LLC | Unsecured | 4,572.29 | 4,903.05 |
| 9. | ECast Settlement Corp | Unsecured | 4,334.05 | 4,647.38 |
| 10. | ECast Settlement Corp | Unsecured | 3,808.71 | 4,084.24 |
| 11. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 12. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,418.95 | $ 32,474.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 59.17 |
| 6.5% | 427.95 |
| 3% | 38.56 |
| 5.5% | 389.72 |
| 5% | 65.72 |
| 4.8% | 239.31 |
| 5.4% | 592.41 |
| 6.6% | 12.57 |
|  | $ 1,825.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Curlee, Mildred

Printed: 12/02/08

Case Number:  04 B 19588
Judge:  Squires, John H
Filed:  5/19/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

